UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
| v. | : | Criminal No. 06-382 (WHW) |
| JOHN PARKINSON | : | SPEEDY TRIAL ORDER |

THIS MATTER having been opened to the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Anthony Moscato, Assistant U.S. Attorney, on the application) and John Parkinson (by his attorney Peter R. Willis, Esq.), and both parties having consented to the entry of a continuance order under the Speedy Trial Act, and good cause having been shown;

WHEREFORE, IT APPEARING that:

(1) Defendant John Parkinson has applied for entry into the Pretrial Diversion Program, and time is needed by both the United States Attorney's Office for the District of New Jersey and for Pretrial Services to review and evaluate his application;

(2) If Pretrial Diversion is not granted, then the parties will need time to discuss the possibility of a plea; and

(3) The grant of a continuance will likely conserve judicial resources. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS on this 17th day of March 2009 it is hereby ORDERED as follows:

ORDERED that the proceedings scheduled in the above-captioned matter are continued for a period of ninety days from February 27, 2009 through May 28, 2009;

IT IS FURTHER ORDERED that the period from February 27, 2009 through May 28, 2009 shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. WILLIAM H. WALLS
United States Senior District Judge

- 2 -