PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **John Parkinson**                    Docket No. **06-382-2**

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Nichole Brown-Morin** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **John Parkinson**, who was placed under pretrial release supervision by the **Honorable Mark Falk** sitting in the Frank R. Lautenberg U.S. Post Office & Courthouse, Newark, NJ, 07101, on May 19, 2006, under the following bond and conditions:

**$500,000 bond secured by the defendant's primary residence and co-signed by his wife, Joan Parkinson**

**-Pretrial Services supervision**
**-Travel restricted to New Jersey unless otherwise approved by Pretrial Services**
**-Surrender passport and do no make application for new documents**
**-Mental health treatment as deemed appropriate by Pretrial Services**

Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL remove the defendant from Pretrial Services supervision.

ORDER OF COURT

Considered and ordered this _13_ day of _January, 2010_ and ordered filed and made a part of the records in the above case.

_____
William H. Walls
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____January 11, 2010_____

_____Nichole Brown-Morin_____
Nichole Brown-Morin
U.S. Pretrial Services Officer