2002R01121/am

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
| v. | : | Criminal Number: 06-382 (WHW) |
| JOHN PARKINSON | : | <u>ORDER FOR DISMISSAL</u> |

Under Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses all counts of the Indictment, Criminal Number 06-382 (WHW), against defendant John Parkinson, which Indictment was filed on May 17, 2006 and charged him with conspiracy to commit major fraud against the United States (18 U.S.C. § 371), major fraud against the United States (18 U.S.C. § 1031), false statements (18 U.S.C. § 1001), and aiding and abetting (18 U.S.C. § 2) because defendant John Parkinson died on or about February 8, 2010.

_____
PAUL J. FISHMAN
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

Date: /6/March 2010

_____
HON. WILLIAM H. WALLS
United States Senior District Judge

## John Parkinson

John Parkinson, 87, passed away Monday, Feb. 8, 2010. Born in Yorkshire, England, Mr. Parkinson was presently residing in Randolph, N.J., with his beloved wife of 47 years, Joan Parkinson. He was president and owner of several filter companies in the United States, Canada, and England. He was a graduate of Loughborough College, Leicester, England; had an Associate Fellowship in the Royal Aeronautical Society of Great Britain, and was a graduate of Institute of Industrial Administration. He was a member of the Society of Engineers, England, Engineering Institute of Canada, American Society of Naval Engineers, East India Club, England, Reactionaries original group working on the development of the 1st jet engine. He was a Fellow of British Management, England, and an honorary First Citizen of City of Watertown, N.Y. He had three patents granted in several countries and wrote technical articles for several U.K. and Canadian publications. Funeral services will be held Friday, Feb. 12, 2010, 8:30 p.m. at Tuttle Funeral Home, 272 State Route 10 West, Randolph. Visitation is Friday, Feb. 12, from 7 to 9 p.m. at the funeral home. (www.tuttlefh.com) In lieu of flowers, donations are requested in his memory to the American Heart Association, 1 Union Street, Suite 301, Robbinsville, NJ 08691.

**Published in Star-Ledger on February 10, 2010**